# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD ALEX STEVENSON,
#81847,

    *Plaintiff*,

vs.

CHURCHILL COUNTY*, et al.*

    *Defendants*.

3:14-cv-00137-RCJ-WGC

ORDER

Plaintiff has filed a motion (#8) to stop further collection of the filing fee by the state corrections department in this closed prisoner civil rights action.

The Court will grant the motion as the record reflects that plaintiff has paid the full filing fee. However, the Court notes that plaintiff applied for pauper status, and the Court granted the pauper application on May 28, 2014. Thereafter, on June 9, 2014, the full filing fee was paid by what plaintiff represents to be a third party. The action of separately paying the filing fee shortly after an order on the pauper application had been sent to the state corrections department created the situation presented.

IT THEREFORE IS ORDERED that plaintiff's motion (#8) to stop further collection of the filing fee is GRANTED to the extent consistent with the remaining provisions of this order.

IT FURTHER IS ORDERED that the Nevada Department of Corrections shall cease making payments to the Clerk for the filing fee in this action. The Clerk shall SEND a copy of this order to the Finance Division of the Clerk's office. **The Clerk shall also SEND a copy of this order addressed to the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.**

1   Plaintiff's motion for reconsideration from the order and judgment of dismissal remains before
2   the Court and will be reached as promptly as the Court's prison litigation docket permits.
3   DATED: June 24, 2014.

_____
WILLIAM G. COBB
United States Magistrate Judge